ACCEPTED
15-25-00234-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 4:01 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00234-CV**

# In the Court of Appeals for the Fifteenth District of Texas at Austin

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 4:01:35 PM
CHRISTOPHER A. PRINE
Clerk

*STEPHEN PATRICK BLACK,*
*Appellant*

*v.*

*HAYLEY GLISSON AND THE TEXAS CIVIL COMMITMENT OFFICE.,*
*Appellees*

On Appeal from the 455th District Court of Harris County, Texas
Trial Court Case Number: D-1-GN-25-001039
Honorable Laurie Eiserloh, Presiding

**APPELLANT'S UNOPPOSED MOTION FOR 1-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Ethan Nutter
State Bar No. 24104988
VINSON & ELKINS LLP
200 West Sixth Street, Suite 2500
Austin, Texas 78701
T: (512) 542-8555
F: (512) 236-3271
enutter@velaw.com

***Attorney for Appellant***

TO THE FIFTEENTH COURT OF APPEALS:

Appellant Stephen Patrick Black hereby requests an unopposed 1-day extension of time to file Appellant's opening brief and accept Appellant's opening brief as timely filed. In support thereof, Appellant would respectfully show the following:

1.   Appellant's opening brief was filed on January 5, 2026.

2.   Counsel for Appellant relied upon the Fifteenth Court of Appeals docket online, which listed the deadline to file Appellant's opening brief as January 5, 2026. However, upon review of the previous order of the Austin Court of Appeals, that order set the deadline at Friday, January 2, 2026. Accordingly, by this motion, Appellant requests a 1-day extension of time, to and including Monday, January 5, 2026 for Appellant to file his opening brief.

3.   Appellee does not oppose this request.

4.   Good cause supports this request for an extension of time, as Appellant's counsel relied upon the deadline listed on the Court's website.

5.   This is Appellant's third request for an extension of time to file his opening brief.

## PRAYER

For these reasons, Appellant respectfully requests the Court grant this motion and grant Appellant an additional one day, to and including Monday, January 5, 2026 for Appellant to file his opening brief, and to accept Appellant's opening brief as timely filed. Appellant prays for all other relief to which he is entitled.

Respectfully submitted,

/s/ *Ethan Nutter*

Ethan Nutter
Texas State Bar No. 24104988
VINSON & ELKINS LLP
200 West Sixth Street, Suite 2500
Austin, Texas 78701
T: (512) 542-8555
F: (512) 236-3271
enutter@velaw.com

***Counsel for Appellant***

## CERTIFICATE OF CONFERENCE

On January 5, 2026, I conferred with John Grey, counsel for Appellee, and was informed that Appellee does not oppose the relief requested by this motion.

/s/ *Ethan Nutter*
Ethan Nutter

***Counsel for Appellant***

3

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served to all counsel of record by e-service on this 5th day of January, 2026.

/S/ *Ethan Nutter*
Ethan Nutter

***Counsel for Appellant***

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Ethan Nutter on behalf of Ethan Nutter
Bar No. 24104988
enutter@velaw.com
Envelope ID: 109669354
Filing Code Description: Motion
Filing Description: Unopposed Motion for 1-Day Extension of Time to File
Opening Brief
Status as of 1/5/2026 4:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Ethan J.Nutter | | enutter@velaw.com | 1/5/2026 4:01:35 PM | SENT |
| John M.Grey | | john.grey@oag.texas.gov | 1/5/2026 4:01:35 PM | SENT |